An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

EMILIO EAVALIO ARENAS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELISSA F. CADISH, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68963

**FILED**

NOV 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner seeks an order compelling the district court to dismiss the indictment with prejudice on the grounds of manifest constitutional error and prosecutorial misconduct. We are not convinced that our intervention is warranted as petitioner fails to provide an appendix that includes documents "that may be essential to understand the matters set forth in the petition."[1] NRAP 21(a)(4); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 229, 88 P.3d 840, 844 (2004) ("If essential information is left out of the petition

---

[1]Specifically, petitioner fails to provide this court with copies of the pretrial petition for a writ of habeas corpus and other pretrial motions litigated that form the basis of this petition. Petitioner further fails to provide this court with a copy of the transcript of the district court hearing on any pretrial matters and any written orders.

SUPREME COURT
OF
NEVADA

(O) 1947A

15 - 34509

and accompanying documentation, we have no way of properly evaluating the petition."). For this reason, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc:    Hon. Elissa F. Cadish, District Judge
Emilio Eavalio Arenas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk